# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAQUAILLE BRYANT | : | CIVIL ACTION |
| v. | : | |
| ROBERT GILMORE, *et al.* | : | NO. 19-327 |

**ORDER**

**AND NOW**, this 13th day of April, 2020, for the reasons explained in the court's Memorandum of today, it is hereby **ORDERED** that:

1. The Clerk of Court shall place this case in Civil Suspense;

2. Petitioner shall promptly inform the court when he completes PCRA review.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge